## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

TIMOTHY C. STEPHENS,

    Plaintiff,

v.                                                Case No. 6:12-cv-463-Orl-36KRS

MARKITTA SINGLETON,

    Defendant.
_____/

### ORDER

This cause comes before the Court upon the Report and Recommendation submitted by United States Magistrate Judge Karla R. Spaulding on March 28, 2012 (Doc. 3). In the Report and Recommendation, Judge Spaulding recommends that Plaintiff Timothy C. Stephens' ("Plaintiff") Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) be denied. Neither party has objected to the Report and Recommendation and the time to do so has expired.

This Court agrees with the Magistrate Judge in finding that Plaintiff's Complaint fails to state a federal cause of action. Plaintiff submitted a complaint cover sheet which does not allege a violation of any federal statute, treaty or constitutional provision. Also, complete diversity between the parties is lacking and the amount in controversy is not specified. Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1.     The Report and Recommendation of the Magistrate Judge (Doc. 3) is adopted,

confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff Timothy C. Stephens' Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED, without prejudice.** Plaintiff may file another motion for leave to proceed *in forma pauperis* with the amended complaint.

3. Plaintiff's Complaint (Doc. 1) is dismissed pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of subject matter jurisdiction. Plaintiff is given leave to file an Amended Complaint within **TWENTY-ONE (21)** days from the date of this order. Failure to file an Amended Complaint within this time period will result in dismissal of this action without further notice.

**DONE AND ORDERED** at Orlando, Florida on April 16, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

COPIES TO:
UNITED STATES MAGISTRATE JUDGE KARLA R. SPAULDING
COUNSEL OF RECORD and Unrepresented Parties